**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 16 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| ROSA RIVERA<br>    *Plaintiff.*<br>v.<br><br>MNE SERVICES, INC.<br>D/B/A AMERILOAN<br>    *Defendant.* | CIVIL ACTION NO.<br><br>4-15CV-195-A<br><br>TRIAL BY JURY DEMANDED |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Rosa Rivera, complains of MNE Services, Inc. d/b/a AmeriLoan Defendant, and for cause of action would respectfully show as follows:

### NATURE OF ACTION

1. This is an action for damages brought by individual, Plaintiff Rosa Rivera against Defendant MNE Service, Inc. d/b/a AmeriLoan for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii).

2. Plaintiff contends that the Defendant has violated such laws by calling Plaintiffs cellular telephone using an automatic telephone dialing system as defined by the Telephone Consumer Protection Act, 47 U.S.C. §227(a)(1) without express consent to do so. Defendant continued calling Plaintiff's cellular phone after Plaintiff had made numerous requests to stop calling the cellular phone.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3).

4. This Court has jurisdiction over Defendant pursuant to 28 U.S.C. §1391b because Defendant engages in business within this state.

5. Venue is proper pursuant to 28 U.S.C. §1391b and 47 U.S.C. §227(b)(3).

6. Venue in the Northern District of Texas, Fort Worth Division is proper in that the Plaintiff resides in State of Texas, Tarrant County, City of Fort Worth, the Defendant transacts business here, and the conduct complained of occurred here.

7. All conditions precedent to the bringing of this action, have been performed.

## PARTIES

8. The Plaintiff in this lawsuit is Rosa Rivera, a natural person and a citizen of Tarrant County, Texas.

9. Defendant in this lawsuit is MNE Services, Inc. d/b/a AmeriLoan (herein after "AmeriLoan") a debt collection company with principal office at 3531 P St. NW Miami, OK 74355.

10. AmeriLoan may be served with process by serving Texas Secretary of State, 1019 Brazos Street, Austin, Texas 78701 as its agent for service because AmeriLoan does not maintain a regular place of business in Texas or a designated agent for service of process, and this suite arouse from AmeriLoan business in Texas.

## FACTUAL ALLEGATIONS

11. The telephone number (203) 721-2531 is assigned to a cellular telephone belonging to the Plaintiff Rosa Rivera.

12. On or about June 26, 2014, AmeriLoan began calling the wireless cellular phone number (203) 721-2531 from telephone numbers (800) 326-5383, (800) 371-9252, and (800) 396-2018, numbers known to be used by AmeriLoan in their business operations.

13. **See Exhibit A**, AmeriLoan called the cellular telephone number (203) 721-2531 on the following dates and times:

   1. June 26, 2014 at 05:07 p.m.
   2. June 28, 2014 at 10:16 a.m.
   3. June 30, 2014 at 07:39 a.m.
   4. July 7, 2014 at 09:31 a.m.
   5. July 12, 2014 at 09:46 a.m.
   6. July 16, 2014 at 04:09 p.m.
   7. July 18, 2014 at 10:44 a.m.
   8. July 19, 2014 at 01:17 p.m.
   9. July 24, 2014 at 07:18 a.m.
   10. July 28, 2014 at 04:56 p.m.
   11. July 31, 2014 at 08:50 a.m.
   12. August 01, 2014 at 09:02 a.m.
   13. August 04, 2014 at 09:32 a.m.
   14. August 05, 2014 at 08:51 a.m.
   15. August 06, 2014 at 09:20 a.m.
   16. August 07, 2014 at 10:57 a.m.
   17. August 08, 2014 at 03:04 p.m.
   18. August 11, 2014 at 07:20 a.m.
   19. August 12, 2014 at 08:48 a.m.
   20. August 13, 2014 at 07:39 a.m.
   21. August 13, 2014 at 07:40 a.m.
   22. August 15, 2014 at 07:36 a.m.
   23. August 18, 2014 at 07:20 a.m.
   24. August 19, 2014 at 08:47 a.m.
   25. August 20, 2014 at 07:37 a.m.
   26. August 21, 2014 at 07:35 a.m.
   27. August 25, 2014 at 07:09 a.m.
   28. August 26, 2014 at 09:40 a.m.
   29. August 27, 2014 at 07:07 a.m.
   30. August 28, 2014 at 07:31 a.m.

14. On July 23, 2014, Plaintiff sent a letter via United States Postal Service Certified Mail informing AmeriLoan that they did not have express consent, written, or otherwise to call her cellular phone number (203) 721-2531 and that the calls were a violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii). This was in an effort to amicably resolve the matter prior to litigation.

15. Refer to ¶13; AmeriLoan continued to call the cellular phone number (203) 721-2531 an additional eighteen (18) times after receiving Plaintiff's written communication to stop calling.

16. Refer to ¶13, AmeriLoan used an automatic telephone dialing system to dial the wireless cellular phone (203) 721-2531 as defined by the Telephone Consumer Protection Act, 47 U.S.C. §227(a)(1).

17. Refer to ¶13, AmeriLoan called the cellular phone (203) 721-2531 for a non-emergency purpose.

18. Plaintiff has no prior or present established relationship with AmeriLoan.

19. Plaintiff has no contractual obligation to pay AmeriLoan any alleged consumer debt.

20. On February 25, 2015, Plaintiff sent a second letter informing AmeriLoan said actions were a violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A) and 47 U.S.C. § 227(b)(1)(A)(iii). This was in an effort to amicably resolve the matter prior to litigation.

21. All violations complained of herein occurred within the statute of limitations of the applicable federal statutes.

## COUNT I

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. §227(b)(1)(A) BY DEFENDANT MNE SERVICES, INC. D/B/A AMERILOAN

22. Paragraphs 1 through 21 are re-alleged as though fully set forth herein.

23. Plaintiff and AmeriLoan do not have an established business relationship within the meaning of 47 U.S.C. §227(a)(2).

24. AmeriLoan called Plaintiff's cellular telephone using an "automatic telephone dialing system" within the meaning of 47 U.S.C. §227(a)(1).

25. 47 U.S.C. §227(b)(1)(A) which states in part;

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—
>
> (1) PROHIBITIONS.—It shall be *unlawful for any person* within the United States, or any person outside the United States if the recipient is within the United States—
>
>> *(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—*

26. In each telephone communication referenced in ¶13, AmeriLoan has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227 (b)(1)(A) by using an automatic telephone dialing system or used a telephone dialing system that has the *capacity* to automatically call the Plaintiff's cellular telephone number (203) 721-2531, which is assigned to a cellular telephone service *with no prior express consent* and for *no emergency purpose.*

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

b) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

c) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

d) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II

**VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
47 U.S.C. §227(b)(1)(A)(iii)
BY DEFENDANT MNE SERVICES, INC. D/B/A AMERILOAN**

27. Plaintiff alleges and incorporates the information in paragraphs 1 through 26.

28. 47 U.S.C. §227(b)(1)(A)(iii) which states in part;

(b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.—

(1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any

>   automatic telephone dialing system or an artificial or prerecorded voice—
>
>   (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

29. In each telephone communication referenced in ¶13, AmeriLoan has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A)(iii) by using equipment with automatic telephone dialing system or used a telephone dialing system that has the *capacity* to automatically call the Plaintiff's number (203) 721-2531, which is *assigned to a cellular telephone service.*

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

e) Adjudging that Defendant violated the Telephone Consumer Protection Act and/or admission from the Defendant(s) that they violated the Telephone Consumer Protection Act;

f) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(B); which states in part: an action to recover for actual monetary loss form such a violation, or to receive $500 in damages for each such violation, whichever is greater.

g) Awarding Plaintiff statutory damages, pursuant to 47 U.S.C §227(b)(3)(C); which states in part: If the Court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the Court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 (three) times the amount available under subparagraph (B) of this paragraph.

h) Awarding such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby demands trial by jury.

Dated: March 12, 2015

Respectfully Submitted,

Rosa Rivera
2608 Refugio Ave.
Fort Worth, TX 76164
(817) 689-1240
rosarivera54@yahoo.com

| View (32/34) | View (29/34) | View (28/34) |
|---|---|---|
| Received Calls<br>Unregistered<br>18003265383<br>Date : 06/26/2014<br>Time : 05:07 pm<br>Duration : 00:00:48 | Received Calls<br>Unregistered<br>18003265383<br>Date : 06/28/2014<br>Time : 10:16 am<br>Duration : 00:00:31 | Missed Calls<br>Unregistered<br>18003265383<br>Date : 06/30/2014<br>Time : 07:39 am |

| View (4/34) | View (2/34) | View (1/34) |
|---|---|---|
| Received Calls<br>Unregistered<br>18003255034<br>Date : 07/16/2014<br>Time : 04:09 pm<br>Duration : 00:00:00 | Received Calls<br>Unregistered<br>18003962018<br>Date : 07/18/2014<br>Time : 10:44 am<br>Duration : 00:00:03 | Missed Calls<br>Unregistered<br>18003962018<br>Date : 07/19/2014<br>Time : 01:17 pm |

| View (25/61) | Missed Calls | Received Calls |
|---|---|---|
| Missed Calls<br>Unregistered<br>18003962018<br>Date : 07/24/2014<br>Time : 07:18 am | Missed Calls<br>Unregistered<br>18003719252<br>Date : 08/01/2014<br>Time : 09:02 am | Received Calls<br>[2x]Unregistered<br>18003719252<br>Duration : 00:00:26<br>Date : 08/04/2014<br>Time : 09:32 am<br>Duration : 00:00:14 |

**EXHIBIT A**

# Call Log Screenshots

**Received Calls** [2x] Unregistered
18003719252
Date: 08/05/2014
Time: 08:51 am
Duration: 00:00:26
Date: 08/04/2014

**View (12/61)**
Received Calls Unregistered
18003719252
Date: 08/06/2014
Time: 09:02 am
Duration: 00:00:29

**Received Calls** Unregistered
18003719252
Date: 08/07/2014
Time: 10:57 am
Duration: 00:00:20

**Missed Calls** Unregistered
18003719252
Date: 08/08/2014
Time: 03:04 pm

**View (5/61)**
Missed Calls Unregistered
18003719252
Date: 08/11/2014
Time: 07:20 am

**View (3/61)**
Received Calls Unregistered
18003719252
Date: 08/12/2014
Time: 08:48 am
Duration: 00:00:25

**Missed Calls** Unregistered
18003719252
Date: Today
Time: 07:39 am

**Missed Calls** [2x] Unregistered
18003719252
Date: 08/14/2014
Time: 07:40 am
08/13/2014

**View (32/51)**
Received Calls Unregistered
18003719252
Date: 08/15/2014
Time: 07:36 am
Duration: 00:00:13

**EXHIBIT A**








**EXHIBIT A**



EXHIBIT A

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rosa Rivera

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
MNE Services, Inc. d/b/a AmeriLoan

County of Residence of First Listed Defendant: **Ottawa**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. § 227(b)(1)(A), 47 U.S.C. § 227(b)(1)(A)(iii)

Brief description of cause:
Violations of the Telephone Consumer Protection Act an Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 3-12-15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

March 12, 2015

Rosa Rivera
2608 Refugio Ave.
Fort Worth, Texas 76164

United States District Court
Northern District of Texas
Clerk's Office
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

To Whom it May Concern:

Please find enclosed:

1. Money Order for $400 (four hundred dollars)
2. Plaintiff's Civil Cover Sheet and 2 (two) copies.
3. Plaintiff's Original Complaint and 2 (two) copies.
4. Plaintiff's Certificate of Interested Persons and 2 (two) copies.
5. 3 (three) copies of Summons
6. Return self-addressed envelope with postage.

Please file the documents accordingly and return copies to me in the self-addressed envelope provided. I thank you for your attention to this matter.

If you have any questions please do not hesitate to contact me at (817) 689-1240.


Thank You,

Rosa Rivera

